No. 21-cv-001271-LPS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In re MALLINCKRODT, PLC, et al., *Debtors*.*

DARREL S. EDELMAN, *Appellant*,

v.

MALLINCKRODT, PLC, et al., *Appellees*.

On Appeal from the United States Bankruptcy Court
for the District of Delaware, No. 20-12522 (JTD)

## MOTION OF DEBTORS-APPELLEES TO DISMISS
## INTERLOCUTORY APPEAL

| | |
|---|---|
| Mark D. Collins (No. 2981) | George A. Davis |
| Michael J. Merchant (No. 3854) | George Klidonas |
| Amanda R. Steele (No. 5530) | Andrew Sorkin |
| Brendan J. Schlauch (No. 6115) | Anupama Yerramalli |
| **RICHARDS, LAYTON & FINGER, P.A.** | **LATHAM & WATKINS LLP** |
| One Rodney Square | 1271 Avenue of the Americas |
| 920 N. King Street | New York, New York 10020 |
| Wilmington, Delaware 19801 | (212) 906-1200 |
| (302) 651-7700 | george.davis@lw.com |
| collins@rlf.com | george.klidonas@lw.com |
| merchant@rlf.com | andrew.sorkin@lw.com |
| steele@rlf.com | anu.yerramalli@lw.com |
| schlauch@rlf.com | |

*(additional counsel listed on inside cover)*

---

\* A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Jeffrey E. Bjork
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
(213) 485-1234
jeff.bjork@lw.com

Jason B. Gott
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
(312) 876-7700
jason.gott@lw.com

*Counsel for Debtors-Appellees*

Mallinckrodt plc ("**Mallinckrodt**") and its affiliated debtors in possession in the above-captioned cases (collectively, "**Debtors**"), by and through their undersigned counsel, respectfully move to dismiss the appeal of Darrel Edelman ("**Appellant**"), a Mallinckrodt shareholder, from the United States Bankruptcy Court for the District of Delaware's *Order*, dated August 26, 2021 (the "**Order**"), denying Appellant's motion to establish a bar date for opioid claims.  Bankr. D.I. 4004.

The appeal should be dismissed for two independent reasons.  First, Appellant lacks standing to appeal the Order because Appellant is not "directly and adversely affected pecuniarily" by the order.  *In re Combustion Eng'g*, 391 F.3d 190, 214 (3d Cir. 2004), *as amended* (Feb. 23, 2005) (internal citations omitted).  Second, because the Order is an interlocutory order, *see In re Adelphia Commc'n. Corp.*, 333 B.R. 649, 659-60 (S.D.N.Y. 2005), Appellant has no right to appeal under 28 U.S.C. § 158 and has not shown—and cannot show—that "exceptional circumstances" exist which justify the need for immediate review, *In re Magic Rests., Inc.*, 202 B.R. 24, 26 (D. Del. 1996).  For these reasons, and the reasons set forth in the accompanying Memorandum of Law in Support of Motion of Debtors-Appellees to Dismiss Interlocutory Appeal, the appeal should be dismissed.

| | |
|---|---|
| December 15, 2021<br>Wilmington, Delaware | Respectfully submitted, |
| */s/ Michael J. Merchant*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Brendan J. Schlauch (No. 6115)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>collins@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br>schlauch@rlf.com | George A. Davis<br>George Klidonas<br>Andrew Sorkin<br>Anupama Yerramalli<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10020<br>(212) 906-1200<br>george.davis@lw.com<br>george.klidonas@lw.com<br>andrew.sorkin@lw.com<br>anu.yerramalli@lw.com<br><br>Jeffrey E. Bjork<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>(213) 485-1234<br>jeff.bjork@lw.com<br><br>Jason B. Gott<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>(312) 876-7700<br>jason.gott@lw.com |

*Counsel for Debtors-Appellees*